

**NUMBER 13-14-00579-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE:   W.B.

---

On appeal from the County Court at Law No. 2
of Cameron County, Texas.

---

# ORDER OF ABATEMENT

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

Appellant W.B. has filed a *pro se* appeal of an order authorizing the administration of psychoactive medication.   *See* Tex. Health & Safety Code Ann. §574.104.   The clerk's record was filed on October 6, 2014, and it is unclear whether appellant is entitled to appointed counsel.[1]   Accordingly, we ABATE and REMAND this cause as follows.

---

[1] The Texas Health and Safety Code provides that a patient for whom an application for an order to authorize the administration of a psychoactive medication is entitled to representation by a court-appointed attorney.   *See* TEX. HEALTH & SAFETY CODE ANN. §574.105.

Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant desires to prosecute this appeal; and (2) whether appellant is entitled to appointed counsel. If the trial court determines that appellant does want to continue the appeal and that appellant is entitled to court-appointed counsel, the trial court shall appoint counsel to represent appellant in this appeal. If counsel is appointed, the name, address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of twenty days from the date of this order.

It is so ORDERED.

PER CURIAM

Delivered and filed the
20th day of October, 2014.